December 15, 2011



# JUDGMENT

## The Fourteenth Court of Appeals

WESTERN INTERNATIONAL GAS & CYLINDERS, INC. AND LORRIN WYNDELL SCRANTON, Appellants

NO. 14-11-00974-CV                    V.

ERNEST CLIFTON MAHON, III, INDIVIDUALLY AND AS INDEPENDENT EXECUTOR OF THE ESTATE OF SHIRLEY FOREMAN MAHON, BROOKE MAHON LONGORIA, BLAKE JARRETT MAHON AND AGNES MCGEE FOREMAN, Appellees

_____

Today the Court heard appellant's motion to dismiss the appeal from the judgment signed by the court below on September 13, 2011. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that each party shall pay its costs incurred by reason of this appeal.

We further order this decision certified below for observance.

We further order the mandate be issued immediately.